# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3032

_____

Leonard E. Fogle

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: July 7, 2016
Filed: July 12, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Leonard E. Fogle appeals the district court's[1] order affirming the Commissioner's determination that he is not entitled to disability insurance benefits, after his hearing before an administrative law judge. Upon de novo review, <u>see</u> <u>Perks v. Astrue</u>, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record, and that Fogle's arguments on appeal provide no basis for reversal. The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).